# United States Bankruptcy Court
## District of Nevada

Case No. **10–54803–gwz**

**Chapter 7**

In re: (Name of Debtor)
    THOMAS CEDRIC MCALISTER      TAMI LOUISE MCALISTER
    7057 SACRED CIRCLE      7057 SACRED CIRCLE
    SPARKS, NV 89436      SPARKS, NV 89436

Social Security No.:
    xxx–xx–3898      xxx–xx–9941

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JERI COPPA–KNUDSON is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 3/11/11      BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court